**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VISTA US ASSETS LLC, *et al.,*

                         Plaintiffs,                    **25 Civ. No. 2094 (RMB) (GS)**

                -against-                    **PRE-SETTLEMENT**
                                          **CONFERENCE ORDER**

NATIONS CONSULTING GROUP,
LLC,

                         Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, May 20, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 214 225 797#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference

       **SO ORDERED.**

DATED:     New York, New York
           May 14, 2025

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge