UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VISTA US ASSETS LLC, *et al.,*

                      Plaintiffs,

    -against-

NATIONS CONSULTING GROUP, LLC,

                      Defendant.
-----------------------------------------------------------------X

25 Civ. No. 2094 (RMB) (GS)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, July 10, 2025 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Thursday, July 3, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               May 20, 2025

                                                                _____
                                                                The Honorable Gary Stein
                                                                United States Magistrate Judge